No. 80–1437. Army and Air Force Exchange Service *v.* Sheehan. C. A. 5th Cir. Certiorari granted. ▪

No. 80–1874. Patsy *v.* Board of Regents of the State of Florida. C. A. 5th Cir. Certiorari granted.

No. 80–1924. Weinberger, Secretary of Defense, et al. *v.* Rossi et al. C. A. D. C. Cir. Certiorari granted. ▪

No. 80–1990. Weinberger, Secretary of Defense, et al. *v.* Romero-Barcelo et al. C. A. 1st Cir. Certiorari granted.

No. 80–2134. Foremost Insurance Co. et al. *v.* Richardson et al. C. A. 5th Cir. Certiorari granted. ▪

No. 80–2147. Connecticut et al. *v.* Teal et al. C. A. 2d Cir. Certiorari granted. ▪

No. 80–2150. Finnegan et al. *v.* Leu et al. C. A. 6th Cir. Certiorari granted.

No. 80–2177. Lehman on behalf of her children, Lehman et al. *v.* Lycoming County Children's Services Agency. C. A. 3d Cir. Certiorari granted. ▪

No. 80–2204. Diedrich et al. *v.* Commissioner of Internal Revenue. C. A. 8th Cir. Certiorari granted.